**Oscar FUCHSLOCHER,**
**Plaintiff–Appellant,**

v.

**IMMIGRATION AND NATURAL-**
**IZATION SERVICE, Defen-**
**dant–Appellee.**

**No. 96–17114.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 26, 1997.*

Decided Feb. 26, 1997.

Order Published March 20, 1997.

Dorothea P. Kraeger, Phoenix, AZ, for plaintiff-appellant.

Hugh G. Mullane, United States Department of Justice, Washington, DC, for defendant-appellee.

Before: REINHARDT, HALL, and THOMPSON, Circuit Judges.

Before: REINHARDT, HALL, and THOMPSON, Circuit Judges.

### ORDER

This case is hereby removed from the calendar for March 6, 1997, in San Francisco, California, and deemed submitted without oral argument as of this date.

The case is remanded to the district court with instructions to conduct a hearing on the merits of whether the court should grant a stay of deportation and to make the ruling before April 1, 1997. The district court cur-

rently has jurisdiction. *See Lalani v. Perryman,* 105 F.3d 334 (7th Cir.1997).